

FILED

SEP 0 3 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDGAR KENNEDY,

Plaintiff,

v.

CLIENT SERVICES, INC.,

Defendant.

Case No.: 3:19-cv-1274-BEN-AGS

**ORDER DENYING PLAINTIFF'S
MOTION TO STAY
[Doc. 9]**

Plaintiff Edgar Kennedy moves under 11 U.S.C. § 362 to stay proceedings in this Fair Debt Collection Practices Act matter because of his Chapter 7 bankruptcy filing. Under § 362(a), subject to limited exceptions, the filing of a petition for bankruptcy automatically stays various acts and proceedings *against a debtor* and against the property of the estate. Here, however, the action is not against the debtor or the estate because it is Plaintiff who has filed for bankruptcy. *See In re Merrick*, 175 B.R. 333 (9th Cir. BAP 1994) ("It is clear that § 362 does not stay the hand of the trustee from continuing to prosecute a pre-bankruptcy lawsuit instituted by the debtor."); *In re Mitchell*, 206 B.R. 204, 212 (Bankr. C.D. Cal. 1997) ("Section 362 stay does not apply where, as here, the debtor is the plaintiff in a lawsuit."). The motion to stay is **DENIED**.

**IT IS SO ORDERED.**

DATED: ~~September~~ August *31*, 2019

HON. ROGER T. BENITEZ
United States District Judge

1